

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2021

No. 04-20-00304-CV

**1776 ENERGY PARTNERS, LLC** and 1776 Energy Operators, LLC,
Appellants

v.

**MARATHON OIL EF, LLC** and Marathon Oil EF II, LLC,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 17-02-00033-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

The Appellant's Second Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on or before August 30, 2021. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2021.

_____
Michael A. Cruz,
Clerk of Court